UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**REGINALD D LACOUR #521702**  **CASE NO.  2:21-CV-03195 SEC P**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**JAIL OF BEAUREGARD PARISH ET AL**  **MAGISTRATE JUDGE KAY**

### PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against the following defendants be **DENIED** and **DISMISSED WITH PREJUDICE:** (1) Freddie Doyle; (2) Luke Gaspard; (3) Kyle Gill; (4) Rhonda Walker; (5) Mark Herefford; (6) Lisa Gearen; (7) NP Thibedeaux; (8) RN Angie; (9) Becky White, (10) Beauregard Parish Jail (BPJ); and (11) Sheriffs Dept Beauregard Parish.

**THUS DONE AND SIGNED** in Chambers on the 31st day of August, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**