UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**REGINALD D. LACOUR**          **DOCKET NO. 2:21-cv-3195**
                                                                      **SECTION P**

**VERSUS**          **JUDGE JAMES D. CAIN, JR.**

**JAIL OF BEAUREGARD PARISH, ET AL**      **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and upon consideration of plaintiff's objections [doc. 133];

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' Motion for Summary Judgment (rec. doc. 124) be **GRANTED** and this suit be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** as **MOOT**. The court does not accept plaintiff's contentions regarding his address, given his failure to update the court of his new address until May 2025, and further notes that a copy of the docket sheet was sent to plaintiff at that point which should have apprised him of the pending Motion for Summary Judgment.

**THUS DONE AND SIGNED** in chambers this 14th day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**